UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THURAYYAH Z. RICHARDSON,

                        Plaintiff,

-against-

CVS HEALTH CORPORATION, and
CVS PHARMACY, INC.,

                        Defendants.

Case No. 1:22-CV-6074-AT

---

**NOTICE OF DISMISSAL**
**PURSUANT TO F.R.Civ.P. 41(a)(1)(A)(i)**

TO:    Clerk, United States District Court
         Southern District of New York

      PLEASE TAKE NOTICE THAT WHEREAS Plaintiff has not previously voluntarily dismisses the claims in this action **Pursuant to F.R.Civ.P. 41(a)(1)(A)(i)** against before in any federal or state court, and

      WHEREAS Defendants have not filed an answer to the complaint in this action;

      The Plaintiff now voluntarily dismisses this action *without prejudice and without costs to any party*.

Dated:  New York, New York
           August 29, 2022

                      Respectfully submitted,

                      Marion & Allen, P.C.

                      _____
                      By: Roger K. Marion, Esq.
                      488 Madison Avenue, Suite 1120
                      New York, New York 10022
                      Telephone: 212-658-0350
                      Facsimile: 212-308-8582
                      E-Mail: rmarion@rogermarion.com